

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2022

No. 04-22-00157-CV

Jim **SCHMIDT** individually and D/B/A The Goat Company and The Wildlife Ranch,
Appellants

v.

Dr. Charles W. **GRAHAM**, DVM and Tyler Graham d/b/a, Hamilton Commission Company,
Hamilton Commission Company LLC, and Kristen Mcfarlin.,
Appellees

From the 452nd District Court, Mason County, Texas
Trial Court No. 185791
Stephen Ellis, Judge Presiding

# O R D E R

The clerk's record and reporter's record in this appeal were due on April 15, 2022. TEX. R. APP. P. 35.1. The clerk's record was timely filed. On April 18, 2022, the official court reporter responsible for preparing the reporter's record filed a notification of late record, stating that appellant has failed to (1) request preparation of the reporter's record in writing and (2) pay or make satisfactory arrangements to pay the fee for preparing the reporter's record. *See* TEX. R. APP. P. 35.3(b).

We therefore ORDER appellant to file written proof in this court ***no later than ten (10) days*** after the date of this order showing that: (1) he has requested that the official court reporter prepare the reporter's record in compliance with Texas Rule of Appellate Procedure 34.6; and (2) ***either*** the court reporter's fee for preparation of the reporter's record has been paid or satisfactory payment arrangements have been made, ***or*** appellant is entitled to appeal without paying the fee. *See* TEX. R. APP. P. 34.6, 20.1(a); TEX. R. CIV. P. 145.

If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2022.

MICHAEL A. CRUZ, Clerk of Court